B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Monterrey Wholesale, Inc.**  
Debtor(s)

Case No. **09-90983**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Dadepaper**<br>**600 Hartman Ind. Ct SW**<br>**Ste 200**<br>**Austell, GA 30168** | **Dadepaper**<br>**600 Hartman Ind. Ct SW**<br>**Ste 200**<br>**Austell, GA 30168** | | | 119,343.00 |
| **Edward Don & Company**<br>**2562 Paysphere Cr**<br>**Chicago, IL 60674** | **Edward Don & Company**<br>**2562 Paysphere Cr**<br>**Chicago, IL 60674** | | | 17,099.00 |
| **IGP Inc.**<br>**6030 Bethelview Rd**<br>**Ste 203**<br>**Cumming, GA 30040** | **IGP Inc.**<br>**6030 Bethelview Rd**<br>**Ste 203**<br>**Cumming, GA 30040** | | | 35,418.00 |
| **International Gourmet Prods.**<br>**6030 Bethelview Rd**<br>**Ste 203**<br>**Cumming, GA 30040** | **International Gourmet Prods.**<br>**6030 Bethelview Rd**<br>**Ste 203**<br>**Cumming, GA 30040** | | | 879,217.00 |
| **JT Imports**<br>**2659 Boddie Place**<br>**Duluth, GA 30097** | **JT Imports**<br>**2659 Boddie Place**<br>**Duluth, GA 30097** | | | 26,086.00 |
| **Los Amigos Tortilla Mnfg**<br>**251 Armour Drive**<br>**Atlanta, GA 30324** | **Los Amigos Tortilla Mnfg**<br>**251 Armour Drive**<br>**Atlanta, GA 30324** | | | 41,066.00 |
| **Mason Food Prods**<br>**1200 Alpha Drive**<br>**Alpharetta, GA 30004** | **Mason Food Prods**<br>**1200 Alpha Drive**<br>**Alpharetta, GA 30004** | | | 22,292.00 |
| **Metropolitan Technologies**<br>**5865 Peachtree Corners East**<br>**Ste C-2**<br>**Norcross, GA 30071** | **Metropolitan Technologies**<br>**5865 Peachtree Corners East**<br>**Ste C-2**<br>**Norcross, GA 30071** | | | 20,710.00 |
| **Mike Smith Admin, Leon Estate**<br>**PO Box 1246**<br>**7 Lumpkin Street**<br>**Lawrenceville, GA 30046** | **Mike Smith Admin, Leon Estate**<br>**PO Box 1246**<br>**7 Lumpkin Street**<br>**Lawrenceville, GA 30046** | | | 16,558.00 |
| **Ole Mexican Foods Inc.**<br>**6585 Crescent Drive**<br>**Norcross, GA 30071** | **Ole Mexican Foods Inc.**<br>**6585 Crescent Drive**<br>**Norcross, GA 30071** | | | 184,579.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Monterrey Wholesale, Inc.**                          Case No.  **09-90983**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Olympica Produce Co.<br>16 Forest Pkwy<br>Unit #3<br>Forest Park, GA 30297 | Olympica Produce Co.<br>16 Forest Pkwy<br>Unit #3<br>Forest Park, GA 30297 | | | 13,274.00 |
| Penske Truck Leasing<br>PO Box 532658<br>Atlanta, GA 30353 | Penske Truck Leasing<br>PO Box 532658<br>Atlanta, GA 30353 | | | 29,690.00 |
| PFG Miltons<br>PO Box 931533<br>Atlanta, GA 31193 | PFG Miltons<br>PO Box 931533<br>Atlanta, GA 31193 | | | 172,351.00 |
| Solar Chemical Co.<br>PO Box 20272<br>Atlanta, GA 30325 | Solar Chemical Co.<br>PO Box 20272<br>Atlanta, GA 30325 | | | 44,992.00 |
| Stanislaus Food Prods.<br>PO Box 3951<br>Modesto, CA 95397 | Stanislaus Food Prods.<br>PO Box 3951<br>Modesto, CA 95397 | | | 35,455.00 |
| Sysco Food Services<br>PO Box 490379<br>Atlanta, GA 30349 | Sysco Food Services<br>PO Box 490379<br>Atlanta, GA 30349 | | | 42,284.00 |
| Toluca Foods Inc.<br>987 Sampler Way<br>Atlanta, GA 30344 | Toluca Foods Inc.<br>987 Sampler Way<br>Atlanta, GA 30344 | | | 30,540.00 |
| US Foodservice<br>7950 Spence Road<br>Fairburn, GA 30213 | US Foodservice<br>7950 Spence Road<br>Fairburn, GA 30213 | | | 42,167.00 |
| Wachovia Bank NA<br>8740 Research Drive<br>Charlotte, NC 28262 | Wachovia Bank NA<br>8740 Research Drive<br>Charlotte, NC 28262 | Loan | | 48,000.00 |
| Xtra Lease<br>PO Box 99262<br>Chicago, IL 60693 | Xtra Lease<br>PO Box 99262<br>Chicago, IL 60693 | | | 18,196.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 17, 2009**                    Signature  **/s/ Arnold Magana**
                                                          **Arnold Magana**
                                                          **General Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.