UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| MONTERREY WHOLESALE, INC. | ) | CASE NO.  09-90983-JEM |
| | ) | |
| Debtor. | ) | |

**MOTION OF DEBTOR-IN-POSSESSION MONTERREY WHOLESALE, INC. TO DISMISS CHAPTER 11 CASE**

Monterrey Wholesale, Inc., the Debtor-in-Possession (hereinafter the "Debtor") in the above-referenced Chapter 11 case, hereby files its Motion to Dismiss this Chapter 11 case pursuant to 11 U.S.C. §1112.. In support thereof, Debtor shows the following:

1.

On November 23, 2009 (the "Petition Date"), the Debtor commenced the above-captioned case by filing voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.

This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334. The subject matter of this motion is a "core proceeding" pursuant to 28 U.S.C. § 157(b)(2)(A) and  (M). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.

Since the Petition Date, Debtor has operated the business as a Debtor-in-Possession.

4.

The Debtor believes that Wachovia Bank, N.A. ("Wachovia") holds a security interest in the inventory, accounts, revenues and other personal property of the Debtor. On February 1, 2010, the Court entered an Order authorizing the use of cash collateral. Debtor does not believe it has any property or assets of value that are not encumbered by a lien from Wachovia or other lenders.

5.

Although the Debtor has operated at a slight positive cash flow since the Petition Date, the Debtor believes that it will not be able to generate sufficient income over the long run to fund future administrative expenses and propose a feasible plan of reorganization with a meaningful distribution to creditors.

6.

Debtor's officers have decided to close and wind down the Debtor's business.

7.

Counsel for the Debtor has been in contact with counsel for Wachovia concerning the preservation of its collateral. As the accounts receivable and

inventory of the Debtor constitute a significant part of Wachovia's collateral, the Debtor believes that it is in the best interests of the parties to seek a dismissal as soon as reasonably possible so that Wachovia may take the appropriate steps to preserve its collateral.

8.

The Debtor believes that it will be able to pay all administrative expenses and U.S. Trustee fees. Debtor will also file all operating reports through the date of a dismissal.

WHEREFORE, based upon the above-referenced facts, Debtor Monterrey Wholesale, Inc. respectfully requests that the Court dismiss this Chapter 11 case pursuant to 11 U.S.C. §1112.

Respectfully submitted this 6th day of May 2010.

_____/S/_____
Scott B. Riddle, Esq.
GA Bar No. 604855
Suite 3250 One Atlantic Center
1201 West Peachtree Street, NW
Atlanta GA 30309
Telephone: (404) 815-0164
*Counsel for Debtor*

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| MONTERREY WHOLESALE, INC. | ) | CASE NO.  09-90983-JEM |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING ON DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

**PLEASE TAKE NOTICE** that Debtor Monterrey Wholesale, Inc. has filed a Motion to Dismiss its Chapter 11 Case (the "Motion") with the Court in the above-styled case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1404, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at 11:00 a.m. on June 1, 2010. Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant relief sough in these pleadings or if you want the Court to consider

4

your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response to the Clerk. The address of the **Clerk's Office is clerk, U.S. Bankruptcy Court, 75 Spring Street, Atlanta, Georgia 30303.** You should also mail a copy of your response to the undersigned at the address stated below.

This 6th day of May 2010.

_____/S/_____
Scott B. Riddle, Esq.
GA Bar No. 604855
Suite 3250 One Atlantic Center
1201 West Peachtree Street, NW
Atlanta GA 30309
Telephone: (404) 815-0164
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

This is to certify that I have caused this day to be served a true and correct copy of the foregoing ***Motion to Dismiss and Notice of Hearing*** by depositing same in United States Mail in a properly addressed envelope with adequate postage thereon to the service list attached hereto.

    This 6th day of May 2010.

                              /S/_____
                              Scott B. Riddle, Esq.

```
Label Matrix for local noticing          (p)INTERNAL REVENUE SERVICE              Jeffrey K. Kerr & Company, LLC
113E-1                                   CENTRALIZED INSOLVENCY OPERATIONS        Suite 130
Case 09-90983-jem                        PO BOX 21126                             241 West Wieuca Rd., NE
Northern District of Georgia             PHILADELPHIA PA 19114-0326               Atlanta, GA 30342-3300
Atlanta
Thu May  6 09:43:31 EDT 2010

Monterrey Wholesale, Inc.                Office of the US Trustee                 PFG Milton's, Inc.
Ste 112                                  Suite 362                                c/o Simpson Law Offices, L.L.P.
3211 Shawnee Industrial Way              75 Spring Street, SW                     P.O. Box 550105
Suwanee, GA 30024-3601                   Atlanta, GA 30303-3330                   Atlanta, GA 30355-2605


Secretary of the Treasury                Tennessee Department of Revenue          U. S. Securities and Exchange Commission
15th & Pennsylvania Avenue, NW           c/o TN Attorney General's Office         Suite 1000
Washington, DC 20200                     Bankruptcy Division                      3475 Lenox Road, NE
                                         P.O. Box 20207                           Atlanta, GA 30326-3235
                                         Nashville, TN 37202-4015


U.S. Foodservice, Inc (Delaware)         Atlanta Division                         AIE Company
c/o Simpson Law Offices, LLP             1340 Russell Federal Building            6670 Best Friend Road
PO Box 550105                            75 Spring Street, SW                     Norcross, GA 30071-2917
Atlanta, GA 30355-2605                   Atlanta, GA 30303-3315


AIEN USA LP                              AT&T                                     AT&T Mobility
PO Box 671110                            PO Box 105262                            PO Box 6363
Dallas, TX 75267-1110                    Atlanta, GA 30348-5262                   Carol Stream, IL 60197


American Express                         American Express Travel Related Services BB&T Insurance Services
PO Box 360001                            Co, Inc Corp Card                        Ste 320
Fort Lauderdale, FL 33336-0001           POB 3001                                 1825 Barrett Lakes Blvd
                                         Malvern, PA 19355-0701                   Kennesaw, GA 30144-7570


(p)BIRCH COMMUNICATIONS                  Blue Cross Blue Shield of GA             (p)BB AND T
4885 RIVERSIDE DR                        PO Box 105789                            PO BOX 1847
SUITE 304                                Atlanta, GA 30348-5789                   WILSON NC 27894-1847
MACON GA 31210-1148


CIT Technology Financing Services, Inc.  Cintas                                   Concentra Medical Ctr
Bankruptcy Processing Solutions, Inc.    1055 Progress Blvd                       Occupational Health Ctr
800 E Sonterra Blvd., Suite 240          Lawrenceville, GA 30043-4646             PO Box 82730
San Antonio, TX 78258-3941                                                        Atlanta, GA 30354-0730


Dadepaper                                Dispromex                                Edward Don & Company
600 Hartman Ind. Ct SW                   3715 Collins Lane                        2562 Paysphere Cr
Ste 200                                  Louisville, KY 40245-1637                Chicago, IL 60674-0025
Austell, GA 30168-7889


Edward Don & Company                     Gas South                                Georgia Crown Dist.
Attn: Edward T. Ranier                   PO Box 530552                            255 Villanova Dr SW
2500 S Harlem Avenue                     Atlanta, GA 30353-0552                   Alpharetta, GA 30023
North Riverside, IL 60546-1473
```

| | | |
|---|---|---|
| Georgia Department of Revenue<br>PO Box 105296<br>Atlanta, GA 30348-5296 | Georgia Dept. of Labor<br>Suite 826<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1732 | Georgia Dept. of Revenue<br>Bankruptcy Section<br>P. O. Box 161108<br>Atlanta GA 30321-1108 |
| Gregson T. Haan, Esq.<br>McCullough Payne & Haan LLC<br>171 17th Street, Suite 975<br>Atlanta, GA 30363-1029 | Gwinnet County Tax Comm<br>PO Box 372<br>Lawrenceville, GA 30046-0372 | Heshey Foods<br>PO Box 198510<br>Atlanta, GA 30384-8510 |
| Hispano Caribe<br>3793A North peachtree Road<br>Atlanta, GA 30341-2252 | IGP Inc.<br>6030 Bethelview Rd<br>Ste 203<br>Cumming, GA 30040-8022 | Intedge Mnfg. Inc.<br>PO Box 969<br>Woodruff, SC 29388-0969 |
| International Gourmet Prods.<br>6030 Bethelview Rd<br>Ste 203<br>Cumming, GA 30040-8022 | J.T. Imports, Inc.<br>c/o Douglas L. Brooks, P.C.<br>P.O. Box 8477<br>Atlanta, GA 31106-0477 | JT Imports<br>2659 Boddie Place<br>Duluth, GA 30097-3707 |
| Jackson EMC<br>PO Box 100<br>Jefferson, GA 30549-0100 | Los Amigos Tortilla Mnfg<br>251 Armour Drive<br>Atlanta, GA 30324-3979 | Mason Food Prods<br>1200 Alpha Drive<br>Alpharetta, GA 30004-5206 |
| Metro Bag LLC<br>1150 Cobb International Pkwy<br>Ste 100<br>Kennesaw, GA 30152-8245 | Metropolitan Technologies<br>5865 Peachtree Corners East<br>Ste C-2<br>Norcross, GA 30092 | Mike Smith Admin, Leon Estate<br>PO Box 1246<br>7 Lumpkin Street<br>Lawrenceville, GA 30046-8440 |
| Miss. St. Tax Comm<br>Sales tax Division<br>PO Box 960<br>Jackson, MS 39205-0960 | Monterrey Real Estate LLC<br>1605 Spectrum Drive<br>Lawrenceville, GA 30043-5743 | Norman Boyd<br>165 Meadows Ct<br>Dawsonville, GA 30534 |
| Northside Forklift<br>980 Cripple Creek Drive<br>Lawrenceville, GA 30043-4403 | Ole Mexican Foods Inc.<br>6585 Crescent Drive<br>Norcross, GA 30071-2901 | Olympica Produce Co.<br>16 Forest Pkwy<br>Unit #3<br>Forest Park, GA 30297-2015 |
| PFG Miltons<br>PO Box 931533<br>Atlanta, GA 31193-1533 | Penske Truck Leasing<br>PO Box 532658<br>Atlanta, GA 30353-2658 | Penske Truck Leasing Co., L.P.<br>1655 Cross Pointe Way<br>Duluth, GA 30097-4077 |
| Performance Food Group<br>12650 E. Arapahoe Rd<br>Attn David Easton<br>Centennial, CO 80112-3901 | Republic Services<br>PO Box 9001099<br>Louisville, KY 40290-1099 | Securnet Protective Serv.<br>6115 Jimmy Carter Blvd<br>Ste B<br>Norcross, GA 30071-4607 |

| | | |
|---|---|---|
| Solar Chemical Co.<br>PO Box 20272<br>Atlanta, GA 30325-0272 | Standard Coffee<br>PO Box 930814<br>Norcross, GA 30003-0814 | Standard Coffee Service<br>640 Magazine St.<br>New Orleans, LA 70130-3406 |
| Stanislaus Food Prods.<br>PO Box 3951<br>Modesto, CA 95397-0001 | Superior Bookkeeping & Data<br>PO Box 2689<br>Peachtree City, GA 30269-0689 | Sysco Food Services<br>PO Box 490379<br>Atlanta, GA 30349-0379 |
| Team Pest USA<br>305 W. Pike St.<br>Lawrenceville, GA 30046-4894 | Tenn. Dept of Revenue<br>500 Deadrick Street<br>Nashville, TN 37242-0002 | Tennessee Department of Revenue<br>c/o TN Atty General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 |
| The Commissioner of Revenue of the<br>State of Tennessee<br>Tennessee Department of Revenue<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | Toluca Foods Inc.<br>987 Sampler Way<br>Atlanta, GA 30344-1808 | Triamark South<br>Dept CH 17131<br>Palatine, IL 60055-0001 |
| US Foodservice<br>7950 Spence Road<br>Fairburn, GA 30213-2953 | Wachovia Bank NA<br>8740 Research Drive<br>Charlotte, NC 28262-8570 | Wachovia Bank NA<br>Commercial loan Services<br>PO Box 740502<br>Atlanta, GA 30374-0502 |
| Wachovia Comm. Loan Pmt Ctr<br>PO Box 740502<br>Atlanta, GA 30374-0502 | Waste Management<br>PO Box 105453<br>Atlanta, GA 30348-5453 | Workflow One<br>PO Box 1397<br>Dayton, OH 45401-1397 |
| XTRA Lease<br>PO Box 99262<br>Chicago, IL 60693-9262 | Scott B. Riddle<br>Suite 3250 - One Atlantic Center<br>1201 West Peachtree St., NW<br>Atlanta, GA 30309-3449 | |

John Vian, Esq.
Brian Hall, Esq.
Smith Gambrell & Russell
Ste 3100, 1230 Peachtree St NE
Atlanta GA 30309